DONNA TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: patricia.cutler@usdoj.gov

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. 10-12974 AJ7 |
| **CHARELS AND KIMBERLY VELEY** | Chapter 7 |
| Debtors. | |

### DECLARATION OF DONNA JENSEN IN SUPPORT OF DISMISSAL OF CASE

I, Donna Jensen, declare as follows:

1. I am employed as an Paralegal in the Office of the United States Trustee, Region 17, San Francisco Division, 235 Pine Street, Suite 700, San Francisco, California 94104. The Office of the United States Trustee represents August B. Landis, United States Trustee for Region 17.

2. I make this declaration based on my own personal knowledge of the facts, and if called upon, could and would testify hereto. I make this declaration under penalty of perjury.

3. On October 13, 2010, the Office of the United States Trustee served a Notice And Opportunity For Hearing On Stipulation For Dismissal Of Case. The Notice was served on all creditors, A true and correct copy of the Notice and Proof of Service are attached hereto as Exhibit "A."

4. No creditor or other party in interest appeared in response to the notice or objected to dismissal. Wherefor entry of an order dismissing this case is appropriate.

//

- 1 -

1    I declare under penalty of perjury that the foregoing is true and correct this 9th day of November,
2    2010, San Francisco, California.

                                                            /s/ Donna Jensen
                                                            Donna Jensen

DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
AUGUST B. LANDIS

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 10-12974 |
| | ) | |
| CHARLES VELEY AND | ) | |
| KIMBERLY VELEY, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

### NOTICE AND OPPORTUNITY FOR HEARING ON STIPULATION FOR DISMISSAL OF CASE

**PLEASE TAKE NOTICE** that the Acting United States Trustee, August B. Lanids, alleges that Debtors' case constitutes and abuse under 11 U.S.C. § § 707(b)(2) and (b)(3) and should be dismissed. Debtors dispute the UST's position but do not wish to expend the resources contesting the allegations. The UST and Debtors Charles and Kimberly Veley have agreed to seek dismissal on notice to creditors.

You may request a copy of the pleadings by contacting the undersigned. As set forth below, if you object to the extension of time, you must timely file a written objection in accordance with Bankruptcy Local Rule 9014-1.

**Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed on this motion. Any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the initiating party within 20 days of mailing of the notice; a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; if there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; the United States Trustee will give at least 10 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made**.

Date: October 13, 2010          August B. Landis, Acting U.S. Trustee,

                                                  /s/ Patricia A. Cutler, #50352
                                                Patricia A. Cutle
                                                Attorney for United States Trustee

NOTICE & OPP. FOR HRG. ON STIPULATION TO DISMISS CASE:         - 1 -

| | |
|---|---|
| 1 | DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)<br>PATRICIA A. CUTLER, Trial Attorney (#50352) |
| 2 | U.S. Department of Justice<br>Office of the United States Trustee |
| 3 | 235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 705-3333<br>Facsimile: (415) 705-3379 |
| 5 | |
| 6 | Attorneys for Acting United States Trustee<br>AUGUST B. LANDIS |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re | ) | No. 10-12974AJ |
| | ) | |
| | ) | Chapter 7 |
| **CHARLES AND KIMBERLY VELEY**, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of this certificate of service together with the attached

**NOTICE AND OPPORTUNITY FOR HEARING ON STIPULATION FOR DISMISSAL OF CASE**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed as follows:

<u>Debtors</u>
Charles Veley
1 Harbor Point Drive #203
Mill Valley, CA 94941

Kimberly M. Veley
166 Bella Vista Avenue
Belvedere, CA 94920

CERTIFICATE OF SERVICE - 1 -

| | |
|---|---|
| 1 | <u>Debtor's Counsel</u><br>Joan M. Chipser |
| 2 | Law Office of Joan M. Chipser<br>1 Green Hills Court |
| 3 | Millbrae, CA 94030 |
| 4 | <u>Chapter 7 Trustee</u><br>Timothy W. Hoffman |
| 5 | P.O. Box 1761<br>Sebastopol, CA 95473 |
| 6 | |
| 7 | I also served the following document, in the same manner, upon the parties listed on the attached service list: |
| 8 | **NOTICE AND OPPORTUNITY FOR HEARING ON STIPULATION FOR DISMISSAL OF CASE** |
| 9 | |
| 10 | I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on October 13, 2010. |
| 11 | By: _/s/_____<br>　　　Donna Jensen |

CERTIFICATE OF SERVICE – U.S. TRUSTEE'S MOTION TO DISMISS　　　- 2 -

Case: 10-12974　Doc# 27-1　Filed: 11/09/10　Entered: 11/09/10 11:40:37　Page 5 of 7
Case: 10-12974　Doc# 24-1　Filed: 10/13/10　Entered: 10/13/10 14:03:55　Page 2 of 4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-1<br>Case 10-12974<br>Northern District of California<br>Santa Rosa<br>Wed Oct 13 13:45:03 PDT 2010 | Banana Republic<br>P.O. Box 981064<br>El Paso, TX  79998-1064 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT  84130-0285 | Eugene Chang<br>Law Offices of Stein and Lubin<br>600 Montgomery St. 14th Fl.<br>San Francisco, CA 94111-2716 | Chase<br>P.O. Box 15298<br>Wilmington, DE  19850-5298 |
| Joan Chipser<br>1 Green Hills Court<br>Millbrae, CA 94030-1773 | Joan M. Chipser<br>Law Offices of Joan M. Chipser<br>1 Green Hills Court<br>Millbrae, CA 94030-1773 | Citi Bank<br>Customer Service<br>P.O. Box 6000<br>The Lakes, NV 89163-0001 |
| Citibank<br>Citibank Customer Service Center<br>Box 6000<br>The Lakes, NV 89163-0001 | Citibank Client Services<br>Citi Inquiries<br>100 Citibank Drive<br>San Antonio, TX 78245-3202 | Patricia A. Cutler<br>Office of the U.S. Trustee<br>235 Pine St.<br>Suite 700<br>San Francisco, CA 94104-2736 |
| David & Cynthia Gilbert<br>C/O Tiburon Land Company<br>P.O. Box 1009 10 Beach Road<br>Tiburon, CA 94920-4009 | Franchise Tax Board<br>Bankruptcy Group<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 |
| GE Money Bank<br>Attn:  Bankruptcy Dept<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | Timothy W. Hoffman<br>P.O. Box 1761<br>Sebastopol, CA 95473-1761 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Kimberly M. Veley<br>166 Bella Vista Avenue<br>Belvedere, CA 94920-2466 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Macys<br>P.O. Box 689195<br>Des Moines, IA  50368-9195 |
| Marin Land Development Co<br>2 Harbor Point Drive<br>Mill Valley, CA 94941-3250 | Neiman Marcus<br>Customer Service<br>P.O. Box 729080<br>Dallas, TX  75372-9080 | Nordstrom<br>P.O. Box 6555<br>Englewood, CO 80155-6555 |
| Office of the U.S. Trustee / SR<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104-2736 | Principal Financial Group<br>P.O. Box 9394<br>Des Moines, IA  50306-9394 | Robert A. Chong & Gregory Chong DDS<br>350 Parnasus Avenue<br>Ste 403<br>San Francisco, CA 94117-3608 |
| Ronald P. Albert<br>Attorney At Law<br>66 George Lane Ste 101<br>Sausalito, CA  94965-1890 | The Presidio Trust<br>c/o Eugene Chang<br>Stein & Lubin LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111-2716 | The Presidio Trust<br>Attn:  Assistant Controller<br>34 Graham St P.O. Box 29052<br>San Francisco, CA 94129-0052 |

| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | Charles A Veley<br>1 Harbor Point Drive<br>#203<br>Mill Valley, CA 94941-3246 | **EXHIBIT A** |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Lexus Financial Services<br>P.O. Box 60116<br>City Of Industry, CA 91716-0116 | (d)Toyota Financial Services<br>P.O. Box 22202<br>Owings Mills, MD 21117-1397 |

(d)Toyota Financial Services
P.O. Box 22202
Ownings Mills, MD 21117-1397

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Alan Jaroslovsky | (d)Kimberly M Veley<br>166 Bella Vista Avenue<br>Belvedere, CA 94920-2466 | End of Label Matrix<br>Mailable recipients 31<br>Bypassed recipients 2<br>Total 33 |